■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHEEM YOUMANS, Appellant. [673 NYS2d 326] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered June 18, 1996, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's arguments concerning the trial court's submission of the crime of robbery in the third degree to the jury as a lesser-included offense are not preserved for appellate review (CPL 470.05 [2]; *People v Gray*, 86 NY2d 10, 19). In any event, an examination of the record indicates there was a reasonable view of the evidence which would support a finding that the defendant committed the lesser offense of robbery in the third degree, but not the greater offense of robbery in the first degree (*see*, CPL 300.50 [1]; *see generally, People v Scarborough*, 49 NY2d 364). Accordingly, the trial court properly charged robbery in the third degree, and the judgment must be affirmed. Mangano, P. J., Rosenblatt, Ritter and Krausman, JJ., concur.

(June 15, 1998)

■ MARILYN ALEXANDER, Appellant, v OCPARK ESTATES CORPORATION, Respondent. [675 NYS2d 545] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Vinik, J.), dated August 18, 1997, which granted the defendant's motion pursuant to CPLR 3212 for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

There exist no triable issues of fact (*see,* CPLR 3212 [b]) as to whether the plaintiff's injuries were proximately caused by the defendant's negligence. Bracken, J. P., Copertino, Santucci and McGinity, JJ., concur.